IN THE MATTER OF THE APPLICATION OF GEORGE WENGER, FORMERLY AN ATTORNEY-AT-LAW OF THIS STATE, FOR REINSTATEMENT.

Argued May 2, 1939—Decided June 3, 1939.

Before Justices CASE and HEHER.

For the applicant, *Peter J. McGinnis.*

PER CURIAM.

The applicant was disbarred January 20th, 1930. He applies for reinstatement or, in the alternative, to be permitted to take the examination for license as an attorney. There have previously been two similar applications, both of which were denied. The matter has been considered by the entire court with the result that the court is unanimously of the opinion that this application also should be denied. That will be the order.